FILED

NOV 05 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LORI RUIZ,<br><br>  Plaintiff,<br><br>  v.<br><br>FIA CARD SERVICES, NATIONAL ASSOCIATION an FDIC insured corporation and DOES 1 through 100 inclusive,<br><br>  Defendants. | CASE NO.: 5:13-cv-01152-HRL<br><br>[PROPOSED] ORDER GRANTING IN PART STIPULATED REQUEST TO EXTEND SCHEDULING DEADLINES<br><br>(RE: DKT No. 26) |

The Court finds that there is good cause to grant the parties stipulated request to extend the scheduling deadlines and hereby modifies the scheduling order as follows.

1. Fact discovery cutoff shall be extended to ~~December 4,~~ NOVEMBER 29, 2013;

2. Designation of experts with reports shall be extended to ~~January 7, 2014;~~ DECEMBER 16, 2013;

3. Designation of rebuttal experts with reports shall be extended to ~~February 4,~~ JANUARY 6,

~~DEBTOR'S PRE-HEARING STATEMENT~~ - 1

2014;

4. Expert discovery cutoff shall be extended to ~~February 28~~ JANUARY 27, 2014;

5. Last day for hearing on dispositive motions shall be extended to ~~April 3~~ FEBRUARY 25, 2014;

6. Final pretrial conference shall be extended to ~~May 2~~ APRIL 3, 2014.

**IT IS SO ORDERED.**

Dated: ~~October 16~~ 11/5/ 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE