SCOTT J. SAGARIA (SBN 217981)
SJSagaria@sagarialaw.com
ELLIOT W. GALE (SBN 263326)
Egale@sagarialaw.com
JARRETT S. OSBORNE-REVIS (SBN 289193)
Josborne@sagarialaw.com
**SAGARIA LAW, P.C.**
333 West San Carlos Street, Suite 620
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff Lori Ruiz

ABRAHAM J. COLMAN (SBN 146933)
Acolman@reedsmith.com
RAYMOND Y. KIM (SBN 251210)
Rkim@reedsmith.com
CRISTYN N. CHADWICK (SBN 280705)
Cchadwick@reedsmith.com
**REED SMITH LLP**
355 S. Grand Avenue
Suite # 2900
Los Angeles CA, 90071
213.457.8000 Ph; 213.457.8080 fax
Attorneys for Defendant FIA Card Services, N.A.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| LORI RUIZ, <br><br> Plaintiff, <br><br> v. <br><br> FIA CARD SERVICES, NATIONAL ASOCIATION an FDIC insured corporation and DOES 1 through 100 inclusive, <br><br> Defendants. | Case No.: 5:13-cv-01152-HRL <br><br> STIPULATED REQUEST FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) <br><br> AND ORDER <br><br> [Re:  Dkt. No. 39] |

STIPULATED REQUEST FOR DISMISSAL AND [PROPOSED] ORDER - 1

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between Plaintiff Lori Ruiz and Defendant FIA Card Services, N.A. that the above-entitled action be dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

                                      **Sagaria Law, P.C.**

Dated: March 3, 2014            /s/ *Jarrett S. Osborne-Revis*
                                      Scott J. Sagaria, Esq.
                                      Elliot W. Gale, Esq.
                                      Jarrett S. Osborne-Revis, Esq.
                                      Attorneys for Plaintiff

Dated: March 3, 2014            **REEDSMITH LLP.**

                                      By: /s/ *Cristyn N. Chadwick*
                                      Abraham J. Colman, Esq.
                                      Raymond Y. Kim, Esq.
                                      Cristyn N. Chadwick, Esq.
                                      Attorneys for Defendant
                                      FIA Card Services, N.A.

## [PROPOSED] ORDER

IT IS SO ORDERED.   The clerk shall close the file.

DATED: March 5, 2014

UNITED STATES MAGISTRATE JUDGE
HOWARD R. LLOYD

I, <u>Jarrett S. Osborne-Revis</u>, hereby certify that I am an ECF registered user and Cristyn Chadwick has concurred in this electronic filing.